AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of NY

| | |
|---|---|
| DEMAINE JACKSON, *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 25-CV-6151-FPG |
| C.S.L. PLASMA, *Defendant* | ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Clerk of Court shall enter judgment and close the case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Frank P. Geraci, Jr.   on a motion for n/a dismissing complaint with prejudice.

Date:   03/26/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*